Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*ACE American Insurance Company*

**UNITIED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FABIAN SALAZAR, individually,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; ROE BUSNIESS ENTITIES 1 through 10, inclusive<br><br>Defendants. | CASE NO.:  2:23-cv-00450-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant ACE American Insurance Company ("ACE") and Plaintiff Fabian Salazar, by and through their attorneys, hereby stipulate and request that the Court extend time to respond to Plaintiff's Complaint.  The parties have stipulated to extend the response deadline to **April 14, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The parties are currently in settlement negotiations. The extension of time may help the parties work out the specific terms and conditions to come a settlement.

Respectfully Submitted,

Dated: April 7, 2023

| MARZOLA & RUIZ LAW GROUP PLLC | CLYDE & CO US LLP |
|---|---|
| */s/ Yvonne Ruiz* | */s/ Dylan Todd* |
| YVONNE RUIZ, ESQ.<br>Nevada Bar No. 14111<br>MARZOLA & RUIZ LAW GROUP PLLC<br>2920 N. Green Valley Parkway, Bldg. 2, Suite 219<br>Henderson, Nevada 89014<br>Telephone: (702) 707-4878<br>Facsimile: (702) 846-0776<br>yvonne@marzolaruizlaw.com | Amy M. Samberg (NV Bar No. 10212)<br>amy.samberg@clydeco.us<br>Dylan P. Todd (NV Bar No. 10456)<br>dylan.todd@cyldeco.us<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV  89128<br>Telephone: 725-248-2900<br>Facsimile:      725-248-2907 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*ACE American Insurance Company* |

## ORDER

IT IS HEREBY ORDERED that the parties' Stipulation for Extension of Time to extend the time for ACE to file a response to Plaintiff's Complaint on or before **April 14, 2023** is granted.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2023