Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*ACE American Insurance Company*

**UNITIED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FABIAN SALAZAR, individually, | CASE NO.:  2:23-cv-00450-RFB-EJY |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; ROE BUSNIESS ENTITIES 1 through 10, inclusive | |
| Defendants. | |

Defendant ACE American Insurance Company ("ACE") and Plaintiff Fabian Salazar, by and through their attorneys, hereby notifies this Court that the parties have reached a settlement in the above-entitled matter.  The parties are currently working out the specifics of the terms and conditions and anticipate this to be finalized within the next forty-five (45) days.

///

///

///

///

///

///

///

The parties request that this Court stay the matter indefinitely, so that the parties can complete the settlement, upon which time the parties will file a stipulation and order for dismissal with prejudice.

Respectfully Submitted,

Dated: April 12, 2023

| MARZOLA & RUIZ LAW GROUP PLLC | CLYDE & CO US LLP |
|---|---|
| */s/ Yvonne Ruiz* | */s/ Dylan Todd* |
| YVONNE RUIZ, ESQ.<br>Nevada Bar No. 14111<br>MARZOLA & RUIZ LAW GROUP PLLC<br>2920 N. Green Valley Parkway, Bldg. 2, Suite 219<br>Henderson, Nevada 89014<br>Telephone: (702) 707-4878<br>Facsimile: (702) 846-0776<br>yvonne@marzolaruizlaw.com | Amy M. Samberg (NV Bar No. 10212)<br>amy.samberg@clydeco.us<br>Dylan P. Todd (NV Bar No. 10456)<br>dylan.todd@cyldeco.us<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV  89128<br>Telephone: 725-248-2900<br>Facsimile:       725-248-2907 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*ACE American Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  17th day of April, 2023.

- 2 -