Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Defendant*
*ACE American Insurance Company*

# UNITIED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| FABIAN SALAZAR, individually,<br><br>  Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; ROE BUSNIESS ENTITIES 1 through 10, inclusive<br><br>  Defendants. | CASE NO.:  2:23-cv-00450-RFB-EJY<br><br>**STIPULATION AND PROPOSED ORDER GRANTING DISMISSAL WITH PREJUDICE** |
|---|---|

Defendant ACE American Insurance Company ("ACE") and Plaintiff Fabian Salazar, by and through their attorneys, hereby stipulate to dismiss with prejudice Plaintiffs' complaint, in its entirety, the parties to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully Submitted,

Dated: May 1, 2023

| MARZOLA & RUIZ LAW GROUP PLLC | CLYDE & CO US LLP |
|---|---|
| */s/ Yvonne Ruiz* | */s/ Dylan Todd* |
| YVONNE RUIZ, ESQ.<br>Nevada Bar No. 14111<br>MARZOLA & RUIZ LAW GROUP PLLC<br>2920 N. Green Valley Parkway, Bldg. 2, Suite 219<br>Henderson, Nevada 89014<br>Telephone: (702) 707-4878<br>Facsimile: (702) 846-0776<br>yvonne@marzolaruizlaw.com | Amy M. Samberg (NV Bar No. 10212)<br>amy.samberg@clydeco.us<br>Dylan P. Todd (NV Bar No. 10456)<br>dylan.todd@cyldeco.us<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV 89128<br>Telephone: 725-248-2900<br>Facsimile: 725-248-2907 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*ACE American Insurance Company* |

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of May, 2023.